HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHIDBEY ISLAND BANK,<br><br>  Plaintiff,<br><br>  v.<br><br>P/C ALKI CRAB & FISH CO., Official Nu. 1210019, her engines, tackle, apparel, furniture, appurtenances, and equipment, *In Rem*, and ERIC GALANTI, *In Personam*,<br><br>  Defendants. | CASE NO. C12-526 RAJ<br><br>ORDER |

This matter comes before the court on Plaintiff's motion for or an order approving administrative expenses and attorney's fees and costs. Dkt. # 28. Although plaintiff has provided two declarations attesting to the total fees, costs and administrative fees incurred, plaintiff has not provided the court with the supporting records. Plaintiff is ORDERED to supplement the record and provide the relevant billing records and expense reports that provide the factual basis for its request for $14,262.78 in administrative expenses and $11,352.20 in attorney's fees and costs. Plaintiff must supplement the record within fourteen days of this order.

ORDER – 1

DATED this 26th day of September, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2