HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHIDBEY ISLAND BANK, <br><br> Plaintiff, <br><br> v. <br><br> P/C ALKI CRAB & FISH CO., Official Nu. 1210019, her engines, tackle, apparel, furniture, appurtenances, and equipment, *In Rem*, and ERIC GALANTI, *In Personam*, <br><br> Defendants. | CASE NO. C12-526 RAJ <br><br> ORDER |

This matter comes before the court on Plaintiff's motion for order approving administrative expenses and attorneys' fees and costs and default judgment *in personam*. Dkt. # 33. This order only addresses plaintiff's motion for default judgment *in personam*. Having reviewed the motion, accompanying exhibits, and the record herein, the court GRANTS the motion for default judgment. The clerk is DIRECTED to enter judgment in favor of plaintiff and against *in personam* defendant Eric Galanti.

DATED this 24th day of December, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1