The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHIDBEY ISLAND BANK, a Washington corporation, ) ) ) Plaintiff, ) ) v. ) ) P/C ALKI CRAB & FISH CO, Official Number 1210019, her engines, tackle, apparel, furniture, appurtenances, and equipment, *In Rem*, and ERIC GALANTI, *In Personam*, ) ) ) ) ) ) ) Defendants. ) ) _____) | IN ADMIRALTY<br><br>NO.   C12-0526-RAJ<br><br>[Proposed] ORDER APPROVING ADMINISTRATIVE EXPENSES AND ATTORNEYS' FEES AND COSTS AND DEFAULT JUDGMENT *IN PERSONAM* |

THIS MATTER having come on upon the motion of plaintiff and the Court having considered the motion, the affidavit of the representative of Whidbey Island Bank, plaintiff, responsible for the administration of this case, and the declaration of counsel which were submitted with the motion and the records and files herein and an Order of Default *In Personam* having been previously entered and the Court being informed of the premises, now makes the following finding:

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C12-0526-RAJ) - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

The administrative expenses and attorneys' fees and costs incurred by the plaintiff in the foreclosure of the preferred marine mortgage on the defendant vessel are reasonable.

Plaintiff is entitled to judgment against the *in personam* defendant, Eric Galanti, no appearance or answer having been filed, in the amount prayed for in the Complaint plus interest plus administrative expenses and attorneys' fees and costs less the amount realized by the plaintiff on the sale of the defendant vessel.

NOW, THEREFORE, IT IS

ORDERED that administrative expenses in the total amount of $14,262.78 are approved in this case and attorneys' fees and costs in the total amount of $11,352.20 are approved in this case; and it is further

ORDERED that Whidbey Island Bank, plaintiff, shall have judgment against Eric Galanti, *in personam*, for $206,455.41; and it is further

ORDERED that this judgment shall bear interest at the federal rate from the date of granting of this judgment until paid; and it is further

ORDERED that plaintiff shall have execution on this judgment.

DATED this 24th day of December, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C12-0526-RAJ) - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400