The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHIDBEY ISLAND BANK, a Washington corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>P/C ALKI CRAB & FISH CO, Official Number 1210019, her engines, tackle, apparel, furniture, appurtenances, and equipment, *In Rem*, and ERIC GALANTI, *In Personam*, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | IN ADMIRALTY<br><br>NO.   C12-0526-RAJ<br><br>[Proposed]<br>ORDER OF DISBURSEMENT |

THIS MATTER having come on upon the motion of plaintiff and the Court having considered the motion, the Declaration of Counsel in support, and the records and files in this case, and being informed of the premises,

Now therefore it is

ORDERED that the $100.00 deposited into the Registry of the Court as proceeds of the U. S. Marshal's sale of the P/C ALKI CRAB & FISH CO and all

Order of Disbursement (C12-0526-RAJ) - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1  interest which has accrued on that some shall be disbursed to plaintiff, and it is

2  further

3      ORDERED that the Clerk is authorized and directed to draw a check on the

4  funds on deposit in the Registry of the Court in the amount of $100.00 plus all of

5  the interest which has accrued on that sum less any statutory fees, payable to

6  Whidbey Island Bank and to mail that check to:

    Mr. Dave Brunner
    Vice President Commercial Lending
    Whidbey Island Bank
    14807 Hwy 99
    Lynnwood, WA  98087

    DATED this 24th day of December, 2013.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Order of Disbursement (C12-0526-RAJ) - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400